(June 19, 1985)

■ In the Matter of WAYNE PROSPECT et al., Respondents, v PETER F. COHALAN, as County Executive of the County of Suffolk, Appellant. In the Matter of the TOWN OF SOUTHAMPTON et al., Respondents, v PETER F. COHALAN, as County Executive of the County of Suffolk, Appellant. — Motion by certain Suffolk County towns to vacate, pursuant to CPLR 5519 (c), a purported automatic stay of all proceedings to enforce a judgment of the Supreme Court, Suffolk County (Doyle, J.), dated June 10, 1985 pending appeal.

(Doyle, J.), dated June 14, 1985, which denied its motion to intervene in the above-entitled proceedings.

Order reversed, without costs or disbursements, and motion by the Long Island Lighting Company to intervene granted.

Since the Long Island Lighting Company is clearly an "interested" party in these proceedings, the motion to intervene should have been granted. Mollen, P. J., Mangano, Brown, Weinstein and Rubin, JJ., concur.